594

446 A.2d 681

Commonwealth v. Nance, Appellant.

Submitted October 14, 1981. Jay H. Spiegel, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before WIEAND, JOHNSON and MONTEMURO, JJ.

The judgment of sentence is affirmed.

446 A.2d 681

Commonwealth v. Prince, Jr., Appellant.
Petition for Allowance of Appeal Denied Sept. 16, 1982.

Submitted February 3, 1982. Joseph Mistrano, for appellant; Jane Culter Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and McEWEN, JJ.

Order affirmed.